JAMES D. HALL, ET AL. v. DANIEL HENRY, ET AL. AND
UNITED STATES AUTOMOBILE ASSOCIATION.

March 25, 1986.

Petition for certification denied.

VIOLA RICCA, ET AL. v. JOSEPH F. RICCA, ET AL.

March 25, 1986.

Petition for certification denied.

ROSEMARY DALY v. THE PAUL REVERE VARIABLE
ANNUITY INSURANCE COMPANY.

March 25, 1986.

Petition for certification denied.   (See 206 *N.J.Super.* 185)